David C. Powell (SBN 129781)
Heather B. Hoesterey (SBN 201254)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     415.543.8700
Facsimile:      415.391.8269

Attorneys for Defendant
Bank Of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA OPERA,<br><br>              Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA,<br><br>              Defendant. | Case No. C053446 SBA<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

1.     Pursuant to the Court's Order dated January 6, 2006, all discovery, except for expert discovery, shall be completed and all depositions taken on or before June 5, 2006.

2.     The parties respectfully request that the Court issue an order extending the deadline for discovery in this matter for two weeks, so that all discovery, except for expert discovery, shall be completed, and all depositions shall be taken on or before June 19, 2006.

3. The parties have not made any previous request for an extension of time for discovery.

DATED: May 23, 2006.

YOUNG & STENZEL

By   /s/ Douglas Stenzel
    Douglas Stenzel
    Attorneys for Plaintiff Sandra Opera


REED SMITH LLP

By   /s/ Heather B. Hoesterey
    Heather B. Hoesterey
    Attorneys for Defendant Bank Of America

IT IS SO ORDERED.

Dated: 7/19/06

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Case No. C053446 SBA — 2 — DOCSOAK-9829778.1-HHOESTEREY
STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE