IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA OPERA, | No. C 05-3446 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 22] |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | |
| Defendant. | |

   This matter comes before the Court on Defendant Bank of America's Ex Parte Application to Extend Motion Cut Off Deadline until First Available Hearing Date [Docket No. 22].

   On January 1, 2006, this Court entered an Order for Pretrial Preparation.  In the Order, the Court set a motion hearing deadline for September 12, 2006.  The Court also warned the parties that it did not reserve the motion hearing dates.  Thus, the parties were "advised *not* to wait until 35 days prior to the law and motion cut-off date to file and serve their motion.  As the Court's law and motion calendar tends to fill quickly, there is no guarantee that a hearing date within the law and motion cut-off date will be available."  (Emphasis in original.)

   On August 4, 2006, Defendant filed the instant Ex Parte Application.  In the Ex Parte Application, Defendant seeks an order extending the motion cut off date until first available hearing date.  Defendant asserts that good cause exists to grant its request because it sought to file its summary judgment motion with sufficient time remaining to file and notice the motion before the cut off date, but the Court's calendar did not allow the hearing to be noticed on or before September 12.  While Defendant is correct that the September 12 hearing date was no longer available when Defendant filed its Ex Parte Application on August 4, 2006, Defendant was explicitly warned that the Court did not reserve hearing dates and it should not have waited until 35 days prior to the

motion cut-off date to file and serve its motion. Furthermore, Defendant learned that the September 12 hearing date was no longer available on July 25, 2006, but it did not file the ex parte application with the Court until nine days later. In the meantime, other dates became unavailable as well. Nevertheless, in order to facilitate the resolution of this case and because Plaintiff does not object to Defendant's Ex Parte Application, the Court will grant Defendant's request and will extend the motion hearing deadline to September 26, 2006. However, the Court reminds the parties that it fully expects them to be in the position to commence trial on October 30, 2006. <u>The Court is not inclined to grant any further continuances.</u>

Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Ex Parte Application to Extend Motion Cut Off Deadline until First Available Hearing Date [Docket No. 22] is GRANTED. The motion hearing deadline is extended to September 26, 2006. **All other deadlines remain in effect.**

IT IS FURTHER ORDERED THAT Defendant's Motion for Summary Judgment, or, in the Alternative, Summary Adjudication shall be heard on **September 26, 2006 at 1:00 p.m.** The Court may, in its discretion, adjudicate the Motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 8/15/06

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge